UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATE OF AMERICA

- against -

JEFFREY GASTON,

           Defendant.

**ORDER**

14 Cr. 28 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Government will respond to Defendant Gaston's motion for reduction in sentence (Dkt. No. 145) by **May 3, 2023**.

Dated: New York, New York
       April 20, 2023

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge