

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2023

**BY ECF AND E-MAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Jeffrey Gaston*, 14 Cr. 28 (PGG)

Dear Judge Gardephe:

  The Government writes with respect to the defendant's motion for compassionate release, *see* ECF No. 145 (the "Motion"), to which the Court ordered the Government to respond by May 3, 2023, *see* ECF No. 146. This matter was assigned to the undersigned attorney yesterday. Accordingly, the Government respectfully requests that the deadline to respond to the Motion be extended, *nunc pro tunc*, to August 4, 2023, to allow the Government time to obtain and review the records needed to respond to the Motion and prepare its response.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

          By: _____
            Adam Sowlati
            Assistant United States Attorney
            (212) 637-2438

CC: Jeffrey Gaston (by ECF and Mail)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul Gardephe*

**Paul G. Gardephe, U.S.D.J.**
Dated: June 23, 2023